LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
kanderson@lipsonneilson.com
mhummel@lipsonneilson.com

*Attorneys for Defendant*
*Southwest Meadows Homeowners Assoc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST MEADOWS; LVDG LLC A/K/A LVDG LLC SERIES 1101; THUNDER PROPERTIES, INC.; ALESSI & KOENIG, LLC,<br><br>Defendants. | CASE NO.: 3:16-cv-00183-MMD-VPC<br><br>**STIPULATION AND ORDER TO WITHDRAW ALL EXCEPT THREE LEGAL ARGUMENTS RAISED IN DEFENDANT SOUTHWEST MEADOWS' MOTION TO DISMISS (ECF NO. 21)** |

Plaintiff BANK OF AMERICA, N.A., and Defendant SOUTHWEST MEADOWS, by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that all the grounds for dismissal raised by Southwest Meadows in its Motion to Dismiss filed on June 10, 2016 (ECF No. 21), are hereby **withdrawn**, without prejudice, except for the following legal arguments:

A.    Plaintiff's Claims Regarding Liability Under NRS Chapter 116 are Barred by the Stature of Limitations;

B.    Plaintiff's Claims Are Barred by the Doctrine of Laches; and

*(side margin)* Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500  FAX: (702) 382-1512

C.     Plaintiff's Failure to Mediate Its Claims Compels Dismissal of the Complaint Pursuant to Nevada Revised Statues, Section 38.310(2)

The parties have good cause for requesting the withdrawal of all other arguments raised by Southwest Meadows in its this Motion to Dismiss, except for the above-enumerated remaining legal arguments. This is the parties' way of limiting the issues to aid in the expeditious litigation of this case.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**Lipson, Neilson, Cole, Seltzer & Garin, P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500  FAX: (702) 382-1512

The parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' first request concerning Defendant's Motion to Dismiss.

DATED this 12th day of July, 2016.

AKERMAN, LLP

By:  /s/ Allison R. Schmidt
     Melanie D. Morgan, Esq.
     Allison R. Schmidt, Esq.
     1160 Town Center Drive, Suite 330
     Las Vegas, Nevada 89144
     Attorneys for Plaintiff

Dated this 12th day of July, 2016.

LIPSON, NEILSON, COLE, SELTZER & GARIN PC

By:  /s/ Megan H. Hummel
     Kaleb D. Anderson, Esq.
     Megan H. Hummel, Esq.
     9900 Covington Cross Dr., Ste.120
     Las Vegas, Nevada 89144
     Attorneys for Defendant Southwest
     Meadows Homeowners Assoc.

ORDER

IT IS SO ORDERED.

Dated: _July 14, 2016_

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By:  /s/ Megan H. Hummel
     KALEB D. ANDERSON (NV Bar No. 7582)
     MEGAN H. HUMMEL, ESQ. (NV Bar No. 12404)
     9900 Covington Cross Drive, Suite 120
     Las Vegas, Nevada 89144

     Attorneys for Defendant,
     Southwest Meadows Homeowners Assoc.