MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: william.habdas @akerman.com

*Attorneys for plaintiff Bank of America,
N.A., successor by merger to BAC Home
Loans Servicing, LP f/k/a Countrywide
Home Loans Servicing LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP, | Case No.: 3:16-cv-00183-MMD-CBC |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING CLAIMS AGAINST SOUTHWEST MEADOWS** |
| vs. | |
| SOUTHWEST MEADOWS; LVDG LLC A/K/A LVDG LLC SERIES 1101; THUNDER PROPERTIES, INC.; ALESSI & KOENIG, LLC, | |
| Defendants | |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP (**BANA**) and defendant Southwest Meadows stipulate as follows:

1.     This matter relates to real property located at 1737 Olive Branch Court, Fernley, Nevada 89408, APN No. 022-311-15 (the **property**).  The property is more specifically described as: LOT 118, AS SHOWN ON THE OFFICIAL SUBDIVISION PLAT OF ROYAL OAKS ESTATES, PHASE 11, UNITS 2 & 3, FILED IN THE OFFICE OF THE COUNTY RECORDER OF LYON COUNTY, NEVADA, ON JUNE 20, 2005, AS DOCUMENT NO. 354122, OFFICIAL RECORDS.

47574984;2

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2. BANA is the servicer and beneficiary of record of a deed of trust encumbering the property dated March 5, 2007 and recorded with the Lyon County Recorder on March 7, 2007, as Instrument No. 401986 (the **deed of trust**).

3. Southwest Meadows recorded a trustee's deed upon sale with the Lyon County Recorder on June 18, 2014, as Instrument No. 522393 (the **HOA foreclosure deed**), reflecting it purchased the property at its own foreclosure sale of the property held on October 11, 2013 (the **HOA foreclosure sale**) conducted pursuant to NRS chapter 116 *et seq.*

4. BANA and Southwest Meadows have entered into a confidential settlement agreement in which they have settled all claims between them in this case.

5. Among other things, Southwest Meadows disclaims all right, title and interest in the property as a result of the HOA foreclosure sale and HOA foreclosure deed.

6. All claims asserted by BANA against Southwest Meadows in this litigation shall be dismissed with prejudice.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

2

7.      BANA and Southwest Meadows agree neither this stipulation nor their confidential settlement agreement shall impair BANA's claims against any other parties in the litigation.

This the 12th day of February, 2019.

**AKERMAN LLP**

 /s/ William S. Habdas, Esq.
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff Bank of America, N.A.,*
*successor by merger to BAC Home Loans*
*Servicing, LP f/k/a Countrywide Home Loans*
*Servicing LP*

This the 12th day of February, 2019.

**LIPSON NEILSON P.C.**

 /s/ Megan H. Hummel, Esq.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for defendant Southwest Meadows*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 12, 2019

47574984;2