1  ROGER P. CROTEAU, ESQ.
   Nevada Bar No. 4958
2  TIMOTHY E. RHODA, ESQ.
   Nevada Bar No. 7878
3  ROGER P. CROTEAU & ASSOCIATES, LTD.
   9120 West Post Road, Suite 100
4  Las Vegas, Nevada 89148
   (702) 254-7775
5  (702) 228-7719 (facsimile)
   croteaulaw@croteaulaw.com
6  *Attorney for Defendants*
   **THUNDER PROPERTIES, INC.**
7  **AND LVDG, LLC [SERIES 1101]**

8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11                          ***

12  BANK OF AMERICA, N.A., SUCCESSOR      )
    BY MERGER TO BAC HOME LOANS          )
13  SERVICING, LP, F/K/A COUNTRYWIDE     )
    HOME LOANS SERVICING LP,             )      Case No.  3:16-cv-00183-MMD-VPC
14                                       )
                          Plaintiff,     )
15                                       )
    vs.                                  )
16                                       )
    SOUTHWEST MEADOWS; LVDG LLC          )
17  A/K/A LVDG LLC SERIES 1101; THUNDER  )
    PROPERTIES, INC.; ALESSI & KOENIG,   )
18  LLC,                                 )
                                         )
19                        Defendants.    )
    _____ )

20

21      **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO**
              **MOTION FOR PARTIAL SUMMARY JUDGMENT**
22                          **(First Request)**

23      COMES NOW Plaintiff, BANK OF AMERICA, N.A. (*"BANA"*), and Defendants,

24  THUNDER PROPERTIES, INC. (*"Thunder"*) and LVDG, LLC [SERIES 1101] (*"LVDG"*), by

25  and through their undersigned counsel, and hereby stipulate and agree as follows:

26      1.      On January 29, 2019, BANA filed and served its Motion for Partial Summary

27              Judgment [ECF No. 72] (*"Motion"*).

28      2.      Pursuant to the Federal Rules of Civil Procedure, an opposition to the Motion is

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

ROGER P. CROTEAU & ASSOCIATES, LTD.
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

presently due from Thunder and LVDG on or before February 19, 2019.

3. As a result of numerous other pending work and personal obligations, including a Reply Brief due on February 19, 2019 in an unrelated Nevada Supreme Court matter, LVDG and Thunder's counsel has requested and extension of time in which to file its Opposition to the Motion.

4. LVDG and Thunder shall be granted an extension of time in which to file its Opposition to the Motion until March 8, 2019.

5. BANA shall be granted an extension of time in which to file any reply, up to and including March 21, 2019.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this _____19th_____ day of February, 2019.

ROGER P. CROTEAU &
   ASSOCIATES, LTD.

AKERMAN, LLP

/s/ *Timothy Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Plaintiff*
*Thunder Properties, Inc.*
*AND LVDG, LLC [SERIES 1101]*

/s/ *William Habdas*
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Email: william.habdas@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

**IT IS SO ORDERED.**

By: _____
       Judge, U.S. District Court

Dated: _February 19, 2019_____

1737 Olive Branch