ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendants*
**THUNDER PROPERTIES, INC.
AND LVDG, LLC [SERIES 1101]**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST MEADOWS; LVDG LLC A/K/A LVDG LLC SERIES 1101; THUNDER PROPERTIES, INC.; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No. 3:16-cv-00183-MMD-VPC |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT**
(Third Request)

COMES NOW Plaintiff, BANK OF AMERICA, N.A. (*"BANA"*), and Defendants, THUNDER PROPERTIES, INC. (*"Thunder"*) and LVDG, LLC [SERIES 1101] ("*LVDG*"), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On January 29, 2019, BANA filed and served its Motion for Partial Summary Judgment [ECF No. 72] ("*Motion*"). A Response to said Motion was originally due on February 19, 2019.

2. On February 19, 2019, the parties submitted a stipulation to extend the deadline to

respond to the Motion until March 8, 2019. [ECF #77]. Said Stipulation was approved on the same date. [ECF #78].

3. On March 8, 2019, the parties submitted a second stipulation to extend the deadline to respond to the Motion until March 25, 2019. [ECF #79]. On March 11, 2019, the Court entered a minute order granting the stipulation in part, directing that a response be filed by March 19, 2019, and that a reply be filed by March 26, 2019. [ECF #80].

4. On March 19, 2019, the courtroom administrator contacted the parties to schedule a hearing of the Motion for Partial Summary Judgment.

5. Counsel for Thunder and LVDG has had a large number of work obligations to attend to after having been out of the office for jury duty for several days. As a result, counsel has not yet been able to complete the response to the Motion for Partial Summary Judgment.

6. Based upon the foregoing, Thunder and LVDG have requested and shall be granted an additional extension of time in which to file their Opposition to the Motion for a single day until March 20, 2019. BANA will file its Reply as soon as possible thereafter. The parties intend to have all briefing completed prior to the hearing of the Motion.

7. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___19th___ day of March, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
|---|---|
| /s/ *Timothy E. Rhoda* <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> (702) 254-7775 <br> croteaulaw@croteaulaw.com <br> *Attorney for Plaintiff* <br> *Thunder Properties, Inc.* <br> *and LVDG, LLC [SERIES 1101]* | /s/ *William S. Habdas* <br> WILLIAM S. HABDAS, ESQ. <br> Nevada Bar No. 13138 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br> william.habdas@akerman.com <br> *Attorney for Plaintiff* <br> *Bank of America, N.A.* |

1737 Olive Branch

3:16-cv-00183-MMD-VPC

**IT IS SO ORDERED.**

By: _____
      Judge, U.S. District Court

Dated: March 20, 2019

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ____19th____ day of March, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT (Third Request)** to the following parties:

Ariel E. Stern
Akerman LLP
1160 Town Center Drive Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Jason Joseph Zummo
Akerman LLP
1160 Town Center Drive Suite 330
Las Vegas, NV 89144
702-634-5007
702-380-8572 (fax)
jason.zummo@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Vatana Lay
Akerman, LLP
1160 North Town Center Drive
Suite 330
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
vatana.lay@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Jesse A. Ransom
Akerman LLP
1160 Town Center Drive Suite 330
Las Vegas, NV 89144
702-634-5000 x75022
702-380-8572 (fax)
jesse.ransom@akerman.com
*Attorney for Plaintiff*
*Bank of America, N.A.*

Kaleb D. Anderson
Lipson Neilson Cole Seltzer & Garin
9900 Covington Cross Dr. Suite 120
Las Vegas, NV 89144
(702) 382-1500
(702) 382-1512 (fax)
kanderson@lipsonneilson.com
*Attorney for Defendant*
*Southwest Meadows*

Joseph P Garin
Lipson Neilson Cole Seltzer & Garin, P.C.
9900 Covington Cross Drive Suite 120
Las Vegas, NV 89144
702-382-1500
702-382-1512 (fax)
NVECF@lipsonneilson.com
*Attorney for Defendant*
*Southwest Meadows*

Megan H Hummel
Lipson Neilson Cole Seltzer & Garin PC
9900 Covington Cross Drive Suite 120
Las Vegas, NV 89144
702-382-1500
mhummel@lipsonneilson.com
*Attorney for Defendant*
*Southwest Meadows*

Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard
Suite 1100
Las Vegas, NV 89146
702-228-7590
702-892-0122 (fax)
bkfilings@s-mlaw.com
*Attorney for Chapter 7 Trustee*
*Shelly D. Krohn*

_/s/ Timothy E. Rhoda_
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

1737 Olive Branch