MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP*



____ FILED  ____ RECEIVED
____ ENTERED  ____ SERVED ON
             COUNSEL/PARTIES OF RECORD

MAR 25 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST MEADOWS; LVDG LLC A/K/A LVDG LLC SERIES 1101; THUNDER PROPERTIES, INC.; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 3:16-cv-00183-MMD-CBC<br><br>ORDER<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing LP (**BANA**) hereby provides notice that Rebekkah B. Bodoff, Esq. and Vatana Lay, Esq. are no longer associated with the law firm of Akerman LLP and should be removed from the Court's service list with respect to the above referenced action.

...

...

...

...

Akerman LLP will continue to represent BANA in this action. All future correspondence, papers and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and William S. Habdas, Esq.

DATED March 21, 2019.

**AKERMAN LLP**

*/s/ Melanie D. Morgan, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 3/25/2019