ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendants*
**THUNDER PROPERTIES, INC.
AND LVDG, LLC [SERIES 1101]**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP, | |
| Plaintiff, | Case No.   3:16-cv-00183-MMD-CBC |
| vs. | |
| SOUTHWEST MEADOWS; LVDG LLC A/K/A LVDG LLC SERIES 1101; THUNDER PROPERTIES, INC.; ALESSI & KOENIG, LLC, | |
| Defendants. | |

**JOINT MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL**

COMES NOW, Defendants, THUNDER PROPERTIES, INC. (*"Thunder"*) and LVDG, LLC [SERIES 1101] (*"LVDG"*), and Plaintiff, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP (*"BANA"*), by and through their undersigned counsel, and hereby jointly move this Court to extend the time to file a Notice of Appeal in this matter, stating as follows:

1. On March 25, 2019, after a hearing of the same date, this Court entered a Minute

Order granting Plaintiff's Renewed Motion for Partial Summary Judgment. [ECF #87].

2. On the same date, a Judgment was entered. [ECF #88].

3. On April 2, 2019, BANA filed a Notice of Voluntary Dismissal Without Prejudice related to its claims against Defendant, Alessi & Koenig, LLC.

4. The Notice of Voluntary Dismissal dated April 2, 2019, served to adjudicate the remainder of the outstanding claims in this case and rendered this Court's judgment final.

5. Since the entry of the final judgment, Thunder, LVDG and BANA have been attempting to negotiate the terms of an amicable settlement of all claims at issue between them in this matter. The Defendants have presented an offer which is presently being considered by BANA.

6. The current deadline to file a Notice of Appeal is May 2, 2019.

7. The parties desire to further discuss an amicable resolution before incurring the costs associated with an appeal.

8. Fed. R. App. P. 4 provides in pertinent part as follows:

(5) *Motion for Extension of Time.*
(A) The district court may extend the time to file a notice of appeal if:
(i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and
(ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.
(B) A motion filed before the expiration of the time prescribed in Rule 4(a)(1) or (3) may be ex parte unless the court requires otherwise. If the motion is filed after the expiration of the prescribed time, notice must be given to the other parties in accordance with local rules.
(C) No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later.

9. Pursuant to Fed. R. App. P. 4, Thunder, LVDG and BANA respectfully request that this Court enter an Order extending the deadline to file a Notice of Appeal herein until (a) June 3, 2019 (because June 1, 2019 falls on a Saturday); or (b) 14

days after an Order granting this Motion is entered, whichever is later.

10. This Motion is made in good faith and not for purpose of delay.

Dated this __22nd__ day of April, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
|---|---|
| /s/ *Timothy E. Rhoda* | /s/ *William S. Habdas* |
| TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>***Attorney for Defendants***<br>***Thunder Properties, Inc.***<br>***And LVDG, LLC [Series 1101]*** | WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>702-634-5007<br>702-380-8572 (fax)<br>william.habdas@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** |

**IT IS SO ORDERED**

By: _____
    Judge, U.S. District Court

Dated: April 22, 2019

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___22nd___ day of April, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **JOINT MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL** to the following parties:

Ariel E. Stern
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
***Attorney for Plaintiff***
***Bank of America, N.A.***

Jason Joseph Zummo
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5007
702-380-8572 (fax)
jason.zummo@akerman.com
***Attorney for Plaintiff***
***Bank of America, N.A.***

Vatana Lay
Akerman, LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Las Vegas, NV 89144
702-634-5000
702-380-8572 (fax)
vatana.lay@akerman.com
***Attorney for Plaintiff***
***Bank of America, N.A.***

Jesse A. Ransom
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000 x75022
702-380-8572 (fax)
jesse.ransom@akerman.com
***Attorney for Plaintiff***
***Bank of America, N.A.***

Kaleb D. Anderson
Lipson Neilson Cole Seltzer & Garin
9900 Covington Cross Dr.  Suite 120
Las Vegas, NV 89144
(702) 382-1500
(702) 382-1512 (fax)
kanderson@lipsonneilson.com
***Attorney for Defendant***
***Southwest Meadows***

Joseph P Garin
Lipson Neilson Cole Seltzer & Garin, P.C.
9900 Covington Cross Drive  Suite 120
Las Vegas, NV 89144
702-382-1500
702-382-1512 (fax)
NVECF@lipsonneilson.com
***Attorney for Defendant***
***Southwest Meadows***

Megan H Hummel
Lipson Neilson Cole Seltzer & Garin PC
9900 Covington Cross Drive  Suite 120
Las Vegas, NV 89144
702-382-1500
mhummel@lipsonneilson.com
***Attorney for Defendant***
***Southwest Meadows***

Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard
Suite 1100
Las Vegas, NV 89146
702-228-7590
702-892-0122 (fax)
bkfilings@s-mlaw.com
***Attorney for Chapter 7 Trustee***
***Shelly D. Krohn***

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.